UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 12-11427-NMG

Ramon Batista, et al

v.

Monarch Recovery Management, Inc.

## SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

The Court having been advised that the above captioned action settled:

It is hereby ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 60 days if settlement is not consummated.

By the Court,

  /s/  Christine  M.  Patch
Deputy Clerk

September 12, 2012

To: All Counsel